# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK RISSER, | : | CIVIL ACTION NO. 1:17-CV-357 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| STEELTON-HIGHSPIRE SCHOOL DISTRICT, DR. ELLEN CASTAGNETO, and LISA CRUM, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 25th day of March, 2019, upon consideration of the motion (Doc. 38) for summary judgment filed by defendants Steelton-Highspire School District (the "School District"), Dr. Ellen Castagneto ("Castagneto"), and Lisa Crum ("Crum"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 38) for summary judgment is GRANTED in part and DENIED in part as follows:

    a. The motion (Doc. 38) is GRANTED as to plaintiff's claim for retaliation under the Americans with Disabilities Act against the School District (Count III).[1]

    b. The motion (Doc. 38) is further GRANTED as to plaintiff's claim for retaliation under the Pennsylvania Human Relations Act against the School District as well as Castagneto and Crum in their individual capacities (Count III).

---

[1] The amended complaint misnumbers the retaliation claim as "Count IV" rather than "Count III." (Doc. 13 at 15). The court refers to the retaliation claim as Count III for clarity.

      c.      The motion (Doc. 38) is otherwise DENIED.

2. The Clerk of Court is DIRECTED to enter partial judgment in favor of the School District, Castagneto, and Crum and against plaintiff on Count III of plaintiff's amended complaint.

3. The court will schedule the above-captioned matter for jury selection and trial by separate order.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania